IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS A. GIBBS,

    Petitioner,               No. CIV S- 07-2053 GEB GGH P

    vs.

D. SMITH, Warden,

    Respondent.             ORDER

_____/

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

        In his application, petitioner challenges his federal conviction and sentence. Petitioner is incarcerated at the United State Penitentiary at Atwater, California. Atwater is located in Stanislaus County. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This action is transferred to the United States District Court for the Eastern

3 | District of California sitting in Fresno; and

4 | 2. All future filings shall reference the new Fresno case number assigned and

5 | shall be filed at:

6 | United States District Court
    Eastern District of California
7 | 2500 Tulare Street
    Fresno, CA 93721

9 | DATED: 10/25/07                              /s/ Gregory G. Hollows

10 |                                              GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
gibb2053.109